IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) CLARICE'S HOME CARE SERVICE, INC., ) ) Defendant. ) | Case No. 3:07-cv-601 GPM |

**ORDER**

This action comes before the Court on review of the file. On December 18, 2007, the Court entered an order granting the Motion to Intervene filed Plaintiff Karen Collier. To date, Plaintiff Collier has yet to electronically file her complaint in the action.

**IT IS HEREBY ORDERED** that Plaintiff Karen Collier shall electronically file her complaint in the action on or before April 16, 2008, or show cause why she has not done so.

**IT IS SO ORDERED.**

**DATED: April 11, 2008**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**